Frank A. Balistrieri
Attorney at Law
CSB #93338
105 West F Street, Suite 215
San Diego, CA 92101
Telephone:(619) 881-7487

Attorneys for Defendant, JOSE HEREDIA-GUZMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOSE HEREDIA-GUZMAN,<br><br>　　　Defendant. | Case No.: 07-CR-3353-JTM<br><br>Date: 1/4/2008<br>Time: 11:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY;<br>2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:　KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
　　　LUELLA MENDOZA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Friday, January 4, 2008, before the Honorable Jeffrey T. Miller, at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, JOSE HEREDIA-GUZMAN, by and through counsel, Frank A. Balistrieri, will ask this Court to issue an order granting the motions listed below.

/ /

/ /

/ /

/ /

## MOTIONS

The defendant, JOSE HEREDIA-GUZMAN by and through counsel, Frank A. Balistrieri, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1) Compel Discovery;

2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

s/Frank A. Balistrieri

Dated: 12-20-2007

Frank A. Balistrieri,
Attorney for Defendant,
JOSE HEREDIA-GUZMAN

## CERTIFICATE OF SERVICE

I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "NOTICE OF MOTIONS AND MOTIONS TO 1) COMPEL DISCOVERY, 2) GRANT LEAVE TO FILE FURTHER MOTIONS" and "MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS."  I have caused a copy of each to have been served via electronic mail upon each of the following:

Luella Mendoza Caldito  Luella.Caldito@usdoj.gov, Diana.ortiz@usdoj.gov, Efile.dkt.gcl@usdoj.gov

Zandra Lopez zll@zandralopezlaw.com

Joseph Milchen JMilchen@cox.net, HBFANDJM@AOL.COM

U S Attorney CR Efile.dkt.gc2@usdoj.gov

Dated: 12-20-2007

s/Frank A. Balistrieri
_____
Frank A. Balistrieri,
Attorney for JOSE HEREDIA-GUZMAN