WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness: MARTIN SANCHEZ CAMPOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07 CR 3353 JM |
| Plaintiff, | DECLARATION OF MARTIN SANCHEZ CAMPOS IN SUPPORT OF MATERIAL WITNESS' MOTION FOR VIDEO TAPED DEPOSITION |
| vs. | |
| JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA, RAMON GALLARDO-SAMANO, | DATE: January 15, 2008<br>TIME: 9:30 a.m.<br>DEPT: Magistrate Stormes |
| Defendant(s). | |

I, MARTIN SANCHEZ CAMPOS, declare:

1. I am a material witness in the above referenced in the Prosecution of defendants in the above referenced matter;

2. I have made a diligent effort to locate surety for myself but have been unsuccessful;

3. I have no one who can be of assistance as surety for me;

4. I am a citizen and resident of the State of Mexico and need to return to Mexico to support my family who rely on me for their support;

5. I came to the United States in search of employment in order to support my family that remained behind in Mexico and I need to work to support my family;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: <u>December 21, 2007</u>              <u>s/ Martin Sanchez Campos</u>
                                                                           Martin Sanchez Campos
                                                                           Material Witness