**PROOF OF SERVICE**

Case Name:   <u>U.S.A. vs. JOSE HEREDIA GUZMAN et al</u>
Case Number:   07 CR 3353 JM

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My business address is 4619 Van Dyke Avenue, San Diego, California 92116.
2. I served the document(s) listed below on opposing counsel by causing to be delivered the efile copies thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189, one copy of which is to be transmitted to the U. S. Attorney's Office.

<u>Date Served:</u>  December 21, 2007
<u>Documents Served:</u>
- NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION OF MARTIN SANCHEZ CAMPOS AND REQUEST FOR STAEMENT OF REASONS IN SUPPORT OF CUSTODY
- POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESS MARTIN SANCHEZ CAMPOS MOTION FOR VIDEOTAPED DEPOSITION
- DECLARATION OF WAYNE C. MAYER IN SUPPORT OF MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESS MARTIN SANCHEZ CAMPOS
- DECLARATION OF MARTIN SANCHEZ CAMPOS IN SUPPORT OF MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESS
- ORDER FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESS MARTIN SANCHEZ CAMPOS
- PROOF OF SERVICE

<u>Parties Served:</u> Luella Caldito, Assistant United States Attorney; Karen Hewitt, United States Attorney, 880 Front Street, 5th Floor, San Diego, CA 92101.
   I also caused a copy to be served by efile service and facsimile on the defendant's attorney(s):

Frank Balistrieri, Esq.             760-231-1874
Law Offices of Frank Balistrieri  fbalistrieri@cox.net
105 West F Street
San Diego, CA 92101

Joseph Milchen, Esq.              619-220-0185
Milchen and Frank                 jmilchen@cox.net
136 Redwood
San Diego, CA 92103

Zandra Lopez, Esq.                619-684-3522
Law Offices of Zandra Lopez
427 C Street                      zll@zandralopezlaw.com
San Diego, CA 92101

Dated:  <u>December 21,2007</u>            <u>s/ Wayne C. Mayer</u>
                                          Wayne C. Mayer

07 CR 135 RTB