

```
 1  KAREN P. HEWITT
    United States Attorney
 2  LUELLA M. CALDITO
    Assistant United States Attorney
 3  California State Bar No. 215953
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7035
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3353-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| JOSE HEREDIA-GUZMAN (1), | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and defendant Jose Heredia-Guzman, by and through and with the advice and consent of defense counsel, Frank A. Balistrieri, that:

1. Defendant agrees to execute this stipulation on or before the disposition hearing and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witnesses, Martin Sanchez-Campos, Juan Ramon Yupit-Chac, and Nicanora Moreno-Koh, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about November 13, 2007 with the assistance of codefendant Juan Carlos Vasquez-Mendoza, who acted as their foot guide;

    c. Were found with codefendant Juan Carlos Vasquez-Mendoza in a vehicle

driven by Defendant in Calexico, California and that Defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

      d.    Were paying or having others pay on their behalf an undisclosed amount and $2300 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant withdraws his guilty plea to the charge set forth above, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness to the Department of Homeland

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Jose Heredia-Guzman (1)    2    07CR3353-JM

1 | Security for return to their country of origin.

2 |     It is STIPULATED AND AGREED this date.

3 |                     Respectfully submitted,

4 |                     KAREN P. HEWITT
                    United States Attorney

6 | Dated: 03.12.2008

7 |                     LUELLA M. CALDITO
                    Assistant United States Attorney

8 | Dated: 2-12-08

9 |                     FRANK A. BALISTRIERI
                    Defense Counsel for Jose Heredia-Guzman

11 | Dated: 2-12-08

                    JOSE HEREDIA-GUZMAN
12 |                     Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Jose Heredia-Guzman (1)    3    07CR3353-JM

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 2/13/08

_____