UNITED STATES DISTRICT COURT

Southern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07 CR3353 JM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOSE HEREDIA GUZMAN, | ) | |
| Defendant(s). | ) | |

### ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness Nicanora Moreno Koh be returned to the surety listed in the bonding documents, to wit: Susan Sharpley, 1605 Center Road, Novato, CA 94947.

**Dated:** March 10, 2008

Peter C. Lewis
United States Magistrate Judge

1                                                                                                07 CR 3353 JM